AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
|  | Case Number: 8:87-CR-286-T-17TGW |
|  | USM Number: 08211-018 |
| WILLIE CHARLES JACKSON | |
| REAL NAME: JESSIE CORNELIUS JONES | |
|  | AFPD Allison Guagliardo |
|  | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1-7__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1-4 | New conviction for conduct occurring while on supervision | 11/16/04 |
| 5 | Failure to notify the probation officer immediately after being arrested or questioned by a law enforcement officer | On/after 2/3/04 |
| 6 | Failure to notify the probation officer immediately after being arrested or questioned by a law enforcement officer | On/after 3/25/04 |
| 7 | Failure to notify the probation officer immediately after being arrested or questioned by a law enforcement officer | On/after 5/20/04 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: March 5, 2007

_____
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Date: March __6__, 2007

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page  2  of  2

DEFENDANT:      WILLIE CHARLES JACKSON
REAL NAME:      JESSIE CORNELIUS JONES
CASE NUMBER:    8:87-CR-286-T-17TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THIRTY (36) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__  The Court makes the following recommendations to the Bureau of Prisons:
(1)   Incarceration at Butner, NC or Coleman, FL.
(2)   Medical examination to determine if defendant has serious head injuries.
(3)   Basic education in reading, writing and spelling.
(4)   Vocational training in masonry, carpentry or related trade.

__X__  The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL