**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                                     CASE NO. 8:87-CR-286-T-17

WILLIE CHARLES JACKSON
_____/

**ORDER**

      This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 29). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. The Court has received and reviewed the responses (Docket Nos. 35 and 39 and Probation's Retroactive Crack Cocaine Amendment Eligibility Assessment). The responses of the government and Probation Office agree that the defendant is not eligible for a reduction in sentence based on the amended guidelines. The Court agrees with these responses and incorporates them by reference herein. Accordingly, it is.

      **ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 29) be **denied**.

      **DONE AND ORDERED** in Chambers in Tampa, Florida this 9th day of July, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record